UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIMED SHIPPING INC.                              :

       Plaintiff,                                 :       08 CV _____
                                                           ECF CASE
     - against -                                       :

PERSIAN GULF SHIPPING CO. INC. a/k/a               :
PERSIAN GULF SHIPPING CO. LTD. a/k/a
PGSC and PGSC MARINE LTD.,                         :

       Defendants.                              :
------------------------------------------------------------X



## DISCLOSURE OF INTERESTED
## PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

    NONE.

Dated: May 2, 2008
       New York, NY

                                     The Plaintiff,
                                     MARIMED SHIPPING INC.

                             By: _____
                                 Lauren C. Davies (LD 1980)
                                 Thomas L. Tisdale (TT5263)
                                 TISDALE LAW OFFICES, LLC
                                 11 West 42nd Street, Suite 900
                                 New York, NY 10036
                                 (212) 354-0025 (Phone)
                                 (212) 869-0067 (Fax)
                                 ldavies@tisdale-law.com
                                 ttisdale@tisdale-law.com