```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
MERIMED SHIPPING INC.,                          08 CV 4228 (VM)

                    Plaintiff,
                                                APPEARANCE
        -against-

PERSIAN GULF SHIPPING CO., INC. a/k/a
PERSIAN GULF SHIPPING CO. LTD. a/k/a
PGSC and PGSC MARINE LTD.

                    Defendants.
-------------------------------------------X
```

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for PERSIAN GULF SHIPPING CO., INC. a/k/a PERSIAN GULF SHIPPING CO. LTD. a/k/a PGSC and PGSC MARINE LTD.

I certify that I am admitted to practice in this court.

Dated:  New York, N.Y.
        May 16, 2008

                                MAHONEY & KEANE, ESQS.,
                                Attorneys for Defendant
                                PERSIAN GULF SHIPPING
                                CO. INC. a/k/a, PERSIAN
                                GULF SHIPPING CO. LTD.
                                a/k/a PGSC and PGSC
                                MARINE LTD.

By: _____
    Eward A. Keane (EK 1398)
    111 Broadway - 10th Floor
    New York, N.Y. 10006
    (212) 385-1422
    File # 12/3560/B/

```
TO:   TISDALE LAW OFFICES, LLC
      Attorneys for Plaintiff
      11 West 42nd Street
      Suite 900
      New York, N.Y. 10036
      (212) 354-0025
```