```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
MARIMED SHIPPING INC.,                          08 CV 4228 (VM)

                       Plaintiff,

       -against-

PERSIAN GULF SHIPPING CO., INC. a/k/a
PERSIAN GULF SHIPPING CO. LTD. a/k/a
PGSC and PGSC MARINE LTD.,

                       Defendants.
------------------------------------------X
```

## ORDER TO SHOW CAUSE WHY
## RULE B MARITIME ATTACHMENT
## SHOULD NOT BE VACATED

Upon the annexed declarations of Masood Tariq and Garth S. Wolfson dated May 19, 2008 and May 20, 2008, respectively, and the accompanying Memorandum of Law and the pleadings and proceedings herein:

Let the Plaintiff, MARIMED SHIPPING INC., show cause before the Honorable Victor Marrero, United States District Judge, at 500 Pearl Street, Courtroom 20B, New York, New York 10007, pursuant to Supplemental Admiralty Rule E(4)(f) and Local Admiralty Rule E.1, on the 29th day of May, 2008, at 2:30 p.m., or as soon thereafter as counsel can be heard why (1) the maritime attachment should not be vacated, and (2) an Order shall not be issued for such other and further relief as the Court may deem just and proper.

1

Let service of a copy of this order and the accompanying Declarations, Exhibits, and Memorandum of Law, if served upon Tisdale Law Offices, LLC, 11 West 42nd Street, Suite 900, New York, New York 10036, attorneys for the Plaintiff, on or before 4:00 p.m. on May 22, 2008 (service to be made either by courier, fax, or e-mail) be deemed good and sufficient service.

Answering papers, if any, including but not limited to affidavits, affirmations, declarations, exhibits, and/or memoranda of law, shall be served so as to be received by counsel for the movant, Mahoney & Keane, LLP, by fax or e-mail on or before the 27th day of May, 2008 by 4:00 p.m.

Reply papers, if any, shall be served on counsel for Defendant on or before _____ .m. on _____, 2008 (Service to made either by courier, fax, or e-mail), such service to be deemed good and sufficient service.

*[handwritten margin notes: "with courtesy copies to the Court DAB 5/20/08" and "DAB 5/20/08"]*

Dated:   New York, New York
         May 20, 2008

SO ORDERED

*Deborah A. Batts*
United States District Judge

2