11 WEST 42ND STREET, SUITE 900  
NEW YORK, NY 10036  
(212) 354-0025  
FAX: (212) 869-0067

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STREET  
SOUTHPORT, CT 06890  
(203) 254-8474  
FAX: (203) 254-1641

TL@TISDALE-LAW.COM

WWW.TISDALE-LAW.COM

May 23, 2008

Via Facsimile 212 805 6382  
Honorable Victor Marrero  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street, Room 660  
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-23-08
```

Re:   Marimed Shipping Inc. v. Persian Gulf Shipping Co., et al.  
      08 Civ. 4228 (VMM) // Our Ref: 1863

Dear Honorable Sir:

We are attorneys for the Plaintiff, Marimed Shipping Inc. in the above captioned matter. We write to report that we attended a teleconference by phone with counsel for the Defendants and Your Honor's chambers. The purpose of the phone call was to extend the briefing schedule and a hearing date for the Defendants' recent motion to vacate maritime attachment.

During the phone call with chambers this afternoon, with counsel for the Defendants and the Plaintiff present, it was proposed that the Plaintiff's opposition papers be due on Friday, May 30, 2008 by 5:00p.m. It was further agreed that the Defendants' reply papers will be submitted by June 5, 2008 by 5:00p.m. Finally, it was proposed that the hearing on the motion be June 12, 2008 or June 13, 2008 at the convenience of the Court.

We appreciate Your Honor's indulgence in this matter.

Respectfully submitted,

Lauren C. Davies

CC:   VIA FACSIMILE (212) 385-1605  
      Mahoney & Keane LLP  
      *Attorneys for Defendants*  
      11 Hanover Square – 10th Floor  
      New York, NY 10005  
      Attn:   Edward A. Keane, Esq.

```
Request GRANTED. The briefing schedule with regard to the
motion to vacate the attachment herein
is extended as set forth herein: motion papers submitted by
                              ; response  5-30-08 ;
reply  6-5-08. In the event the Court
deems a hearing on the motion
SO ORDERED. necessary it will schedule it at an
appropriate time.
DATE 5-23-08        VICTOR MARRERO, U.S.D.J.
```