UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
MARIMED SHIPPING INC.,                                    08 CV 4228 (VM)

                          Plaintiff,

            -against-                                     NOTICE OF CHANGE
                                                         OF ADDRESS

PERSIAN GULF SHIPPING CO., INC. a/k/a
PERSIAN GULF SHIPPING CO. LTD. a/k/a
PGSC and PGSC MARINE LTD.

                          Defendants.
------------------------------------------X

S I R S :


     Kindly note that effective immediately MAHONEY & KEANE, LLP

counsel for the defendant PERSIAN GULF SHIPPING CO., INC. a/k/a

PERSIAN GULF SHIPPING CO. LTD. a/k/a PGSC and PGSC MARINE LTD.

have relocated their offices to:

            11 Hanover Square – 10th Floor
            New York, New York 10005

            Telephone no.: (212) 385-1422
            Facsimile no.: (212) 385-1605


Dated:  New York, N.Y.
        May 27, 2008

                              MAHONEY & KEANE, LLP
                              Attorneys for Defendant
                              PERSIAN GULF SHIPPING
                              CO. INC. a/k/a, PERSIAN
                              GULF SHIPPING CO. LTD.
                              a/k/a PGSC and PGSC
                              MARINE LTD.


                    By: _____
                        Edward A. Keane (EK 1398)
                        11 Hanover Square 10th Floor
                        New York, NY 1005
                        File # 12/3560/B/