```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARIMED SHIPPING INC.,              :
                                    :
                       Plaintiff,   :   08 Civ. 4228
                                    :
     - against -                    :   DECISION AND ORDER
                                    :
                                    :
PERSIAN GULF SHIPPING CO. INC. a/k/a :
PERSIAN GULF SHIPPING CO. LTD. a/k/a :
PGSC and PGSC MARINE LTD.,          :
                                    :
                       Defendants.  :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On May 2, 2008, plaintiff Marimed Shipping Inc. applied ex parte for an order for process of a maritime attachment (the "Attachment") against defendant Persian Gulf Shipping Co. Inc. a/k/a Persian Gulf Shipping Co. Ltd. a/k/a PGSC and PGSC Marine Ltd. (collectively, "Defendants"), pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims. See Fed. R. Civ. P. Supp. R. B(1). On May 5, 2008, the Court granted the order.

Defendants now move to vacate the Attachment pursuant to Rule E of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims. See Fed. R. Civ. P. Supp. R. E(4)(f). After consideration of the papers submitted by the parties, the Court finds that Defendants are "found within the district in terms of jurisdiction, and ... for service of

1

process." <u>Seawind Compania, S.A. v. Crescent Line, Inc.</u> 320 F. 2d 580, 582 (2d Cir. 1963) (citations and quotation marks omitted). Accordingly, the Attachment is vacated. <u>See</u> Fed. R. Civ. P. Supp. R. B(1). The findings, reasoning, and conclusions for the Court's ruling will be set forth in a subsequent decision and order. It is hereby

**ORDERED** the motion (Docket No. 7) of defendants Persian Gulf Shipping Co. Inc. a/k/a Persian Gulf Shipping Co. Ltd. a/k/a PGSC and PGSC Marine Ltd. to vacate the Order of Attachment dated May 5, 2008 is GRANTED.

The Clerk of Court is directed to withdraw all pending motions and close this case.

**ORDERED.**

Dated:   NEW YORK, NEW YORK
         June 26, 2008

                                          VICTOR MARRERO
                                             U.S.D.J.