UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARIMED SHIPPING INC.

        Plaintiff,

- against -

PERSIAN GULF SHIPPING CO. INC. a/k/a
PERSIAN GULF SHIPPING CO. LTD. a/k/a
PGSC and PGSC MARINE LTD.,

        Defendants.
----------------------------------------------------------------X

08 CV 4228 (VM0
ECF CASE

FILED U.S. DC
JUL 10 2008
S.D. OF N.Y.

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, Marimed Shipping Inc., hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order of the Honorable Victor Marrero dated June 26, 2008, and Decision and Amended Order dated July 1, 2008, which granted Defendants Persian Gulf Shipping Co. Ltd. a/k/a PGSC and PGSC Marine Ltd's Motion to Vacate the attachment of certain Electronic Funds Transfers (EFTs) which were restrained pursuant to a Process of Maritime Attachment and Garnishment issued in favor of

Plaintiff Marimed Shipping Inc. A copy of the aforementioned Decision and Order and Decision and Amended Order are attached hereto.

Dated: July 9, 2008
      New York, NY

The Plaintiff,
MARIMED SHIPPING INC.,

By: _____
Lauren C. Davies (LD 1980)
Thomas L. Tisdale (TT5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 (Phone)
(212) 869-0067 (Fax)
ttisdale@tisdale-law.com
ldavies@tisdale-law.com